DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| | | | |
|---|---|---|---|
| 119P15 | In the Matter of N.T. | 1. Petitioner's Motion for Temporary Stay (COA14-974) | 1. Allowed **04/01/2015** |
| | | 2. Petitioner's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. Petitioner's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 124PA14 | State v. Jason Lynn Young | 1. Def's Motion for Appropriate Relief | 1. See Opinion **08/20/2015** |
| | | 2. State's Motion for Extension of Time to File Response | 2. Allowed **01/14/2015** |
| 124P15 | State v. Michael Scott Hamilton | 1. State's Motion for Temporary Stay | 1. Allowed **04/06/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Special Order |
| 125P15-2 | State v. Paul A. Fuller | Def's *Pro Se* Petition for *Writ of Mandamus* (COAP15-183) | Dismissed |
| 127P15 | State v. Grant Ruffin Hayes | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-766) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 128P15 | Dorothy Hagood Corning v. Louis Avery Corning, IV | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA14-764) | 1. Denied |
| | | 2. Plt's Petition for *Writ of Certiorari* to Review Order of District Court of Craven County | 2. Denied |
| 131P01-11 | State v. Anthony Dove | 1. Def's *Pro Se* Petition for Writ of Certiorari to Review Order of COA (COAP14-513) | 1. Dismissed |
| | | 2. Def's *Pro Se* Petition for *Writ of Mandamus* | 2. Denied |
| 133P15 | State v. William Earl Askew | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA14-411) | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 134P15 | State v. Mario Dante Ramsey | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1095) | Denied. |